IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-CR-30087-DWD |
| ) | |
| LEWIS JOHNSON, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On March 15, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 28) against Defendant, Lewis Johnson, Jr., for the following property seized from Defendant:

**A Glock, 9mm semi-automatic firearm, bearing serial number BRNA584, and any and all ammunition contained therein, and 10 loose rounds of 9mm ammunition.**

The Preliminary Order of Forfeiture further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Government has provided a sworn declaration that notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning August 24, 2022, and ending September 22, 2022 (Doc. 34-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property pursuant to 21 U.S.C. § 853(n)(2).

Consequently, the Court **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no

third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the order of forfeiture (Doc. 28) filed on March 15, 2022, namely:

> **A Glock, 9mm semi-automatic firearm, bearing serial number BRNA584, and any and all ammunition contained therein, and 10 loose rounds of 9mm ammunition.**

The United States Marshal shall dispose of the property according to law.

**SO ORDERED**.

Dated: November 1, 2022.

/s *David W. Dugan*
_____
DAVID W. DUGAN
United States District Court Judge